| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664<br>Federal Defender |
| 2 | HOOTAN BAIGMOHAMMADI, SBN 279105<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, Third Floor |
| 4 | Sacramento, CA 95814<br>T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>Mr. Ramirez |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JHONATHAN RAMIREZ-BENITEZ,<br><br>Defendant. | Case No. 2:24-cr-00179-DC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME**<br><br>Date: March 21, 2025<br>Time: 9:30 a.m.<br>Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Nchekube Onyima, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Jhonathan Ramirez-Benitez, that the previously scheduled Status Hearing set for March 21, 2025 be continued to June 6, 2025 at 9:30 a.m.

The parties specifically stipulate as follows:

1. Mr. Ramirez was arraigned on January 28, 2025. Dkt. 10.
2. By previous order, the Status Hearing is currently scheduled for March 21, 2025 at 9:30 a.m. Time has been ordered excluded through that date.
3. Mr. Ramirez respectfully requests that the Court continue the Status Hearing to June 6, 2025 at 9:30 a.m., so that he may have adequate time to review the 513

pages of discovery produced by the government. This is his first request to continue the Status Hearing.

4. Mr. Ramirez believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to Mr. Ramirez's motion.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between March 21, 2025 and June 6, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Ramirez in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 12, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Ramirez

Date: March 12, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Nchekube Onyima*
NCHEKUBE ONYIMA
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Accordingly, the Status Conference set for March 21, 2025 is VACATED and RESET for June 6, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the time period between March 21, 2025 and June 6, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:   **March 17, 2025**

Dena Coggins
United States District Judge