1 | HEATHER E. WILLIAMS, SBN 122664
Federal Defender
2 | HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, Third Floor
4 | Sacramento, CA 95814
T: (916) 498-5700
5 | F: (916) 498-5710

6 | Attorneys for Defendant
Mr. Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:24-cr-00179-DC |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| vs. | ) **STATUS HEARING AND EXCLUDE TIME** |
| JHONATHAN RAMIREZ-BENITEZ, | ) Date: June 6, 2025 |
| | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Dena Coggins |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Nchekube Onyima, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Jhonathan Ramirez-Benitez, that the previously scheduled Status Hearing set for June 6, 2025 be continued to July 18, 2025 at 9:30 a.m.

The parties specifically stipulate as follows:

1. Mr. Ramirez was arraigned on January 28, 2025. Dkt. 10.

2. By previous order, the Status Hearing is currently scheduled for June 6, 2025 at 9:30 a.m. Time has been ordered excluded through that date.

3. Mr. Ramirez respectfully requests that the Court continue the Status Hearing to July 18, 2025 at 9:30 a.m. U.S. Probation published a pre-plea investigation report

on May 13, 2025. Defense counsel needs additional time so that he can review the document with Mr. Ramirez and compare its findings to the discovery. This is Mr. Ramirez's second request to continue the Status Hearing.

4. Mr. Ramirez believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to Mr. Ramirez's motion.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between June 6, 2025 and July 18, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Ramirez in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 29, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Ramirez

Date: May 29, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Nchekube Onyima*
NCHEKUBE ONYIMA
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation. Accordingly, the Status Conference scheduled for June 6, 2025, at 9:30 a.m. is VACATED and RESET for July 18, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between June 6, 2025 and July 18, 2025 inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(B)(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **June 2, 2025**

Dena Coggins
United States District Judge