HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24cr179-DC |
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** |
| vs. | |
| JHONATHAN RAMIREZ-BENITEZ, | Date: July 18, 2025 |
| | Time: 9:30 a.m. |
| | Judge: Hon. Dena Coggins |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Nchekube Onyima, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Jhonathan Ramirez-Benitez, that the previously scheduled Status Hearing set for July 18, 2025 be continued to September 26, 2025 at 9:30 a.m.

The parties specifically stipulate as follows:

1. Mr. Ramirez was arraigned on January 28, 2025. Dkt. 10.

2. By previous order, the Status Hearing is currently scheduled for July 18, 2025 at 9:30 a.m. Time has been ordered excluded through that date.

3. The government has produced approximately 613 pages of discovery. They produced one hundred pages of discovery on May 6, 2025.

4. Mr. Ramirez respectfully requests that the Court continue the Status Hearing to September 26, 2025 at 9:30 a.m. This week, Mr. Ramirez reviewed the pre-plea investigation report previously prepared by U.S. Probation. Defense counsel is investigating a matter with respect to the report and needs additional time to complete the investigation.

5. Mr. Ramirez believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to Mr. Ramirez's motion.

7. The parties anticipate that at the proposed Statue Conference date of September 26, 2025 that Mr. Ramirez will either plead guilty or that it will be appropriate to request a trial date.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between July 18, 2025 and September 26, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Ramirez in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 25, 2025

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Ramirez

| | | |
|---|---|---|
| 1 | Date: June 25, 2025 | MICHELE BECKWITH |
| 2 | | Acting United States Attorney |
| 3 | | */s/ Nchekube Onyima* |
| 4 | | NCHEKUBE ONYIMA |
| | | Assistant United States Attorney |
| 5 | | Attorneys for Plaintiff |

**O R D E R**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation. Accordingly, the Status Conference scheduled for July 18, 2025, is VACATED and RESET for September 26, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between July 18, 2025 and September 26, 2025 inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(B)(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: __**June 30, 2025**__

_____
Dena Coggins
United States District Judge